SHAWN A. LUIZ (6855)
841 Bishop Street, Suite 200
Honolulu, Hawaii 96813
Telephone: (808) 538 - 0500
Facsimile: (808) 564 - 0010
E - mail: attorneyluiz@gmail.com

Michael Jay Green (4451)
Michael Jay Green & Associates, Inc.
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
E - mail: michael@michaeljaygreen.com

Kristin Coccaro, Esq. (8061)
Empire Law, LLLC
PO Box 880831
Pukalani, HI 96788
808.633.8542 Office
808.466.3622 Fax
kristin@empire-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| KAIMI K. PELEKAI; KEITH DANIEL MICHAEL; MINORU NAKAGAWA; MANAHEL AL-HOZAIL; THERESA MCGREGOR; FREDERIC NEWTON BOOTH III; TAMAYO PERRY; VINCENT TRIPI; JOZLYN HARRINGTON; ANTHONY PANGAN; CLYDE HOLOKAI; JOSHUA DUKES; on | ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 21-343-DKW-RT (Other Civil Rights) CLASS ACTION **PLAINTIFFS' OPPOSITION TO CITY AND COUNTY OF HONOLULU AND MAYOR RICK** |

| behalf of themselves and all other similarly situated persons, | ) ) | **BLANGIARDI'S MOTION TO DISMISS; DECLARATION OF SHAWN A. LUIZ; EXHIBITS "1"- "3"** |
|---|---|---|

behalf of themselves and all other
similarly situated persons, )

     Plaintiffs, )

    vs. )

STATE OF HAWAI'I; DAVID Y. )
IGE, in his official capacity as )
Governor of the State of Hawaii; )
CITY AND COUNTY OF )
HONOLULU; RICK BLANGIARDI, )
in his official capacity as Mayor of the )
City and County of Honolulu, )
COUNTY OF MAUI; MICHAEL P. )
VICTORINO, in his official capacity )
as Mayor of the County of Maui; )
XAVIER BECERRA, in his official )
capacity as United States Secretary of )
Health and Human Services; JOHN )
AND JANE DOES 1-10; DOE )
PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10; and OTHER )
DOE ENTITIES 1-10, )
       )
     Defendants. )
_____ )

**BLANGIARDI'S MOTION TO DISMISS; DECLARATION OF SHAWN A. LUIZ; EXHIBITS "1"- "3"**

<u>Non-Hearing Motion</u>:

Honorable Derek K. Watson

# <u>PLAINTIFFS' OPPOSITION TO CITY AND COUNTY OF HONOLULU AND MAYOR RICK BLANGIARDI'S MOTION TO DISMISS</u>